IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Regan I. Blanchard,<br><br>      Plaintiff,<br>  vs.<br><br>Nancy A. Berryhill, Acting Commissioner<br>of Social Security,<br>      Defendant. | Civil Action No. 0:16-cv-3197-CMC<br><br>**ORDER** |

  On April 11, 2018, Plaintiff's attorney filed a petition for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. ECF No. 31. The petition seeks an award of $7,166.09, representing 40.9 attorney hours, plus costs of $400. *Id.* On April 23, 2018, the parties filed a Stipulation for Attorney's Fees under the EAJA. ECF No. 32.

  The court has reviewed the fee petition and the parties' stipulation wherein the parties stipulate, subject to the approval of the court, Plaintiff should be awarded compensation for all legal services rendered in the amount of $6,500.00 in attorney's fees. Accordingly, pursuant to the parties' stipulation,

  **IT IS ORDERED** that Plaintiff shall be awarded Six Thousand Five Hundred dollars and Zero cents ($6,500.00) in attorney's fees.[1]

  These fees are to be made payable to Regan I. Blanchard, and delivered by Defendant to the business address of Plaintiff's counsel.

  **IT IS SO ORDERED**.

                      s/Cameron McGowan Currie
                      CAMERON MCGOWAN CURRIE

---

[1] Plaintiff's previously filed EAJA petition (ECF No. 31) has been withdrawn.

Senior United States District Judge
Columbia, South Carolina
April 23, 2018